**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Harris County, Texas v. Park at Westcreek, LP

Appellate case number:    01-18-00343-CV

Trial court case number:  2016-32867

Trial court:              80th District Court of Harris County

Pursuant to an order issued on June 19, 2018, this appeal was abated. Appellee filed a motion to reinstate the appeal.

The motion is **GRANTED.** The clerk of this Court is instructed to note that no reporter's record was taken. The appeal is reinstated and placed on the active docket.

**Appellant's brief is due to be filed 30 days from the date of this order.**

It is so ORDERED.


Judge's signature:   /s/ Justice Richard Hightower
                    ☑ Acting individually    ☐ Acting for the Court


Date:   February 12, 2019